UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NASRA M. ARAFAT (IBRAHIM),

    Plaintiff,

v.                                                           Case No. 6:20-cv-1858-RBD-EJK

UNITED STATES POSTAL SERVICE,
USPS,

    Defendant.
_____

## ORDER

Plaintiff, proceeding *pro se*, moved to proceed *in forma pauperis* on appeal. (Doc. 19 ("**IFP Motion**").) On referral, U.S. Magistrate Judge Embry J. Kidd recommends denying the IFP Motion, finding no legal or factual basis for Plaintiff's appeal. (Doc. 20 ("**R&R**").)

No party objected to the R&R, and the time for doing so has now passed. Absent objection, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court adopts the R&R in its entirety.

It is **ORDERED AND ADJUDGED**:

1.     U.S. Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 20) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2.     Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 19) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 16, 2021.



ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro Se* Party